**Fill in this information to identify the case:**

Debtor name __VitalSpring Technology, Inc._____

United States Bankruptcy Court for the: __Eastern_____ District of __Virginia__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name    Describe debtor's property that is subject to a lien
_____    _____    $_____    $_____

Creditor's mailing address    _____
_____
_____    Describe the lien
                   _____

Creditor's email address, if known    Is the creditor an insider or related party?
_____                       ☐ No
                                      ☐ Yes

Date debt was incurred _____    Is anyone else liable on this claim?
Last 4 digits of account            ☐ No
number            ___ ___ ___ ___   ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?    As of the petition filing date, the claim is:
☐ No                                                             Check all that apply.
☐ Yes. Specify each creditor, including this creditor,           ☐ Contingent
       and its relative priority.                                ☐ Unliquidated
_____                                                   ☐ Disputed
_____

**2.2**

Creditor's name    Describe debtor's property that is subject to a lien
_____    _____    $_____    $_____

Creditor's mailing address    _____
_____
_____    Describe the lien
                   _____

Creditor's email address, if known    Is the creditor an insider or related party?
_____                       ☐ No
                                      ☐ Yes

Date debt was incurred _____    Is anyone else liable on this claim?
Last 4 digits of account            ☐ No
number            ___ ___ ___ ___   ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?    As of the petition filing date, the claim is:
☐ No                                                             Check all that apply.
☐ Yes. Have you already specified the relative                   ☐ Contingent
       priority?                                                 ☐ Unliquidated
   ☐ No. Specify each creditor, including this                    ☐ Disputed
          creditor, and its relative priority.
_____
_____

   ☐ Yes. The relative priority of creditors is
          specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___